## STATE v. KENNEDY.

INSTRUCTIONS: NO ERROR.

*Appeal from Henry District Court.*

FRIDAY, SEPTEMBER 22.

*L. G. & L. A. Palmer*, for appellant.

*Smith McPherson*, *Attorney-general*, for the State.

DAY, J.—The defendant was indicted for keeping a nuisance, under section 4091 of the Code. He was tried by a jury, found guilty, and fined in the sum of $200. From this judgment the defendant appeals. The cause is submitted without abstract or argument for the defendant. The transcript does not contain the evidence. We have examined the instructions, and we find them correct. The record discloses no error.

AFFIRMED.